# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

In re:

Dennis R. Saffell

Debtor.

Case No. 23-13591 MER

Chapter 7

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Motion to Extend Response Deadline for Subpoena ("**Motion**") filed by I-25 Gateway Center, LLC ("**I-25 Gateway**") and the Notice of Subpoenas ("**Subpoenas**") filed by the Chapter 7 Trustee ("**Trustee**").[1]

On August 30, 2024, Dennis Saffell ("**Debtor**") filed a Motion to Convert Case from Chapter 7 to Chapter 11 ("**Conversion Motion**").[2] The Debtor subsequently filed two amended Conversion Motions.[3] During a hearing on May 27, 2025, the Debtor indicated he wanted to set an evidentiary hearing for the Conversion Motion and conduct discovery. The Court ordered it would set the matter for a hearing and allow the parties to commence discovery after responses to the Conversion Motion were filed.[4] The Trustee issued the Subpoenas after the response deadline passed. Shortly after the Trustee issued the Subpoenas, the Debtor withdrew the Conversion Motion.[5] The Trustee did not withdraw his Subpoenas, and the deadline to respond to the Subpoenas was August 1, 2025.[6] Now, I-25 Gateway seeks an extension of the deadline to respond to the Subpoenas.

Given the Subpoenas were related to the Conversion Motion, the Court believes the Subpoenas, as well as any discovery concerning the Conversion Motion, are now moot. However, the Trustee has not withdrawn his Subpoenas nor otherwise indicated discovery in relation to the Conversion Motion is no longer necessary. Therefore, the Court

---

[1] ECF Nos. 160 & 171.

[2] ECF No. 102.

[3] ECF Nos. 111 & 152.

[4] ECF No. 147.

[5] ECF No. 161.

[6] ECF No. 160.

ORDERS, the Trustee shall either file a response to this Order explaining why discovery, including the Subpoenas, is still necessary given the Conversion Motion was withdrawn or, withdraw the Subpoenas on or before **September 23, 2025**.

Dated September 9, 2025

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

2