**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Dennis R. Saffell<br><br>Debtor. | Case No. 23-13591 MER<br><br>Chapter 7 |

**ORDER DENYING MOTION TO EXTEND RESPONSE DEADLINE AS MOOT
AND DEEMING TRUSTEE'S RESPONSE TO SHOW CAUSE ORDER SATISFIED**

THIS MATTER comes before the Court on the Motion to Extend Response Deadline for Subpoena ("**Motion**") filed by I-25 Gateway Center, LLC ("**I-25 Gateway**") and the Trustee's Response to the Court's September 9, 2025, Order to Show Cause.[1] There were no responses or objections to the Motion.

The Debtor commenced this case under Chapter 7 of the Bankruptcy Code on August 13, 2023.  On August 30, 2024, the Debtor filed a Motion to Convert Case from Chapter 7 to Chapter 11 ("**Conversion Motion**").[2]  The Chapter 7 Trustee ("**Trustee**") objected to the Conversion Motion.[3]  At a status conference on May 27, 2025, the Court set an evidentiary hearing on the Conversion Motion and permitted the parties to move forward with discovery.[4]  Shortly after the status conference, the Trustee filed a Notice of Subpoenas ("**Notice**"), advising the Court he intended to serve subpoenas on several parties, including I-25 Gateway.[5]  A few days after the Trustee filed the Notice, the Debtor withdrew the Conversion Motion.[6]

Despite the Conversion Motion having been withdrawn, I-25 Gateway filed the instant Motion seeking an extension of the deadline to respond to the subpoena the Trustee served on it.  Because the Court believed any discovery regarding the Conversion Motion, including the subpoenas served by the Trustee, was moot, the Court issued an Order to Show Cause ("**Show Cause Order**") ordering the Trustee to either explain why the subpoenas were still necessary or withdraw the subpoenas.[7] The Trustee responded to the Show Cause Order on September 23, 2025, asserting,

---

[1] ECF No. 171.

[2] ECF No. 102. The Debtor subsequently filed two Amended Conversion Motions at ECF Nos. 111 & 152.

[3] ECF No. 154.

[4] ECF No. 147.

[5] ECF No. 160.

[6] ECF No. 161.

[7] ECF No. 173.

among other things, the Trustee agrees with the Court that the subpoenas are moot.[8] The Trustee further advised the Court that I-25 Gateway had already produced documents, and he would seek authority pursuant to Fed. R. Bankr. P. 2004 for any further discovery. As such, the Trustee asserts I-25 Gateway's motion is moot and requests the Court deny it as such. The Court agrees with the Trustee. Therefore the Court

    ORDERS, the Motion is DENIED as moot. The Court

    FURTHER ORDERS, the Order to Show Cause is deemed satisfied.

Dated October 10, 2025          BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

---

[8] ECF No. 177.